```
          IN THE UNITED STATES DISTRICT COURT
          FOR THE NORTHERN DISTRICT OF TEXAS
                   FORT WORTH DIVISION
```

```
JOHANNA BELL                 §
                             §
VS.                          §    ACTION NO. 4:17-CV-509-Y
                             §
BANK OF AMERICA, ET AL.      §
```

<u>ORDER DENYING MOTION TO PROCEED IN FORMA PAUPERIS
AND SETTING DEADLINE FOR PAYMENT OF FILING FEE</u>

On June 26, 2017, the United States Magistrate Judge issued his findings, conclusions, and recommendation in this case, recommending that Plaintiff's motion to proceed in forma pauperis be denied. The magistrate judge gave Plaintiff until July 11 to serve and file written objections to his decision. As of the date of this order, no objections have been filed.

It is, therefore, ORDERED that the decision of the magistrate judge is hereby ADOPTED as the decision of this Court. As a result, Plaintiff's Motion for Leave to Proceed In Forma Pauperis (doc. 2) is DENIED. If Plaintiff desires to pursue her claims in this cause, she shall pay the full filing and administrative fees to the clerk of this Court no later than **August 14, 2017**, or her claims will be dismissed without prejudice to their refiling.

SIGNED July <u>26</u>, 2017.

*/s/ Terry R. Means*
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE